## AFFIDAVIT OF SERVICE

| Case:<br>8:23-cv-<br>00308 | Court:<br>UNITED STATES DISTRICT COURT OF THE DISTRICT OF<br>NEBRASKA | County: | Job:<br>9272147 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ALEJANDRO VALLESILLO, individually, and behalf ) of all those<br>similarly situated, | | **Defendant / Respondent:**<br>LINDNER & LINDNER, P.C., a Pennslyvania Professional Corporation, | |
| **Received by:**<br>Process Service PA LLC | | **For:**<br>Elevated Web | |
| **To be served upon:**<br>LINDNER & LINDNER, P.C., a Pennslyvania Professional Corporation, | | | |

I, Blair Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   FRANK LINDER PRINCIPAL OF LINDNER & LINDNER, P.C., a Pennslyvania Professional Corporation,, Company: 205 Floral Vale Blvd, Morrisville, PA 19067

**Manner of Service:**   Authorized, Jul 28, 2023, 3:06 pm EDT

**Documents:**   Summons and Complaint (Received Jul 28, 2023 at 1:33pm EDT)

**Additional Comments:**
1) Successful Attempt: Jul 28, 2023, 3:06 pm EDT at Company: 205 Floral Vale Blvd, Morrisville, PA 19067 received by FRANK LINDER PRINCIPAL OF LINDNER & LINDNER, P.C., a Pennslyvania Professional Corporation,. Age: 40-50s; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'10"; Hair: Gray; Eyes: Brown;

_____          07/31/2023
Blair Johnson                                                                    **Date**

Process Service PA LLC
4387 West Swamp Road Suite 207
Doylestown, Pa 18902
2153785928