# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LINDNER & LINDNER, a Pennsylvania Professional Corp.,<br><br>Defendant. | Case No.: 8:23-cv-00308-CRZ |

## PLAINTIFF'S CERTIFICATE OF SERVING FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT LINDNER & LINDNER

In accordance with Civil Local Rules 33.1(e), 34.1(b) and 36.1(c), Plaintiff ALEJANDRO VALLESILLO ("Plaintiff") submits this Certificate of Service for the following discovery requests served:

1. On September 18, 2023, Plaintiff's First Set of Interrogatories, Requests for Production of Documents, Requests for Admission, Set One were served via email on counsel for Defendant LINDNER & LINDER, PC.

Dated: September 18, 2023

Respectfully submitted,

Mark L. Javitch (admitted *pro hac vice*)
Javitch Law Office
3 East 3rd Avenue
San Mateo, California 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
*mark@javitchlawoffice.com*

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

On September 18, 2023, I filed this electronically with the United States District Court for the District of Nebraska CM/ECF system.  Electronic notice was, therefore, automatically emailed to counsel of record for Defendant.

By:  /s/ Mark L. Javitch

Mark L. Javitch