# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>LINDNER & LINDNER, a Pennsylvania Professional Corp.,<br><br>    Defendant. | Case No. 8:23-cv-000308-CRZ<br><br>**DEFENDANT LINDNER & LINDNER'S NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES** |

The undersigned hereby certifies that on this 25th day of September 2023, Defendant Lindner & Lindner, served its Rule 26(a)(1) Initial Disclosures by electronic mail to counsel for Plaintiff, Alejandro Vallesillo:

    Mark L. Javitch
    Javitch Law Office
    3 East 3rd Avenue
    San Mateo, California 94401
    mark@javitchlawoffice.com

Respectfully submitted,

Dated: September 25, 2023

LINDNER & LINDNER, Defendant

By: *s/ Edward M. Fox II*
    Victoria H. Buter #23841
    Edward M. Fox II #24601
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2103
    (402) 346-6000
    (402) 346-1148
    vicki.buter@kutakrock.com
    edward.foxii@kutakrock.com

4869-4516-7746.1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        *s/ Edward M. Fox II*
                                        Edward M. Fox II

4869-4516-7746.1