Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*
and those similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINDNER & LINDNER, a Pennsylvania Professional Corporation,<br><br>Defendant. | Case No.: 8:23-cv-00308-JFB-CRZ<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES** |

In accordance with Civil Local Rules 26.1(a), Plaintiff ALEJANDRO VALLESILLO ("Plaintiff") hereby submits this Certificate of Service of Initial Disclosures. Plaintiff states that he served his Rule 26(a)(1) Initial Disclosures upon counsel of record for Defendant LINDNER & LINDNER.

Respectfully submitted,

Dated: September 25, 2023     By: /s/ Mark L. Javitch
                                  Mark L. Javitch (CA 323729)
                                  Javitch Law Office
                                  3 East 3rd Ave. Ste 200
                                  San Mateo CA 94401
                                  Tel: (650) 781-8000
                                  Fax: (650) 648-0705

                                  Attorney for Plaintiff
                                  a*nd the putative class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2023, a true and correct copy of the above and foregoing was filed via the CM/ECF electronic filing system and served via email on all counsel of record:

/s/ Mark L. Javitch
Attorney for Plaintiff