IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LINDNER & LINDNER, a Pennsylvania Professional Corporation;<br><br>Defendant. | **8:23CV308**<br><br>**JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case under Fed. R. Civ. P. 41(a)(1)(A)(ii), (Filing No. 18),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant Lindner & Lindner are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 6th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge